UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXIS BRANCH and BARBARA BRANCH, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| THE CENTRAL TRUST BANK D/B/A CENTRAL BANK, | ) ) ) |
| Defendant. | ) ) |

Cause No: 4:20-CV-00813-JAR

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Alexis Branch and Barbara Branch by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismiss this matter without prejudice.

Respectfully submitted,

**BUTSCH ROBERTS & ASSOCIATES LLC**

/s/ Christopher E. Roberts
David T. Butsch #37539
Christopher E. Roberts #61895
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
Phone: (314) 863-5700/Fax: (314) 863-5711
butsch@butschroberts.com
roberts@butschroberts.com

                               **BRODY & CORNWELL**

                               /s/ Bryan E. Brody
                               Bryan E. Brody, #57580
                               Alexander J. Cornwell, #64793
                               7730 Carondelet Avenue, Suite 135
                               Clayton, Missouri 63105
                               Phone: (314) 932-1068/Fax: (314) 228-0338
                               bbrody@ brodyandcornwell.com
                               acornwell@brodyandcornwell.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on June 24, 2020 to all counsel of record.

                               /s/ Christopher E. Roberts